Alan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
208 Pine St
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JANET NUNN**  6:17-CV-00203-SB

    Plaintiff,

    v.  SUPPLEMENTAL ORDER
FOR EAJA ATTORNEY FEES

**Commissioner of Social Security**,

    Defendant.

---

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $803.12. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

    It is so ORDERED.

    Dated this 1st day of November, 2018

Stacie F. Beckerman
U.S. Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

SUPPLEMENTAL ORDER FOR EAJA FEES-1